■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS ROBERTS, Appellant.—Judgment unanimously affirmed. Memorandum: Viewing the evidence in the light most favorable to the People *(see, People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932), we conclude that defendant's conviction of sexual abuse in the first degree *(see,* Penal Law § 130.65 [1]) is supported by legally sufficient evidence *(see, People v Bleakley,* 69 NY2d 490, 495; *see also, People v Benjamin R.,* 103 AD2d 663, 668; *People v Kaminski,* 87 AD2d 724, 725, *mod on other grounds* 58 NY2d 886). We have reviewed defendant's remaining contentions and find them to be lacking in merit.

(Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—sexual abuse, first degree.) Present—Dillon, P. J., Callahan, Denman, Lawton and Davis, JJ.